FILED

2001 AUG 22 9:29

CLERK US COURT

ORIGINAL

BY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RYCRAFT, INC.**, an Oregon corporation, | No. CV-97-1573-KI |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL WITH PREJUDICE |
| **RIBBLE CORPORATION**, a Pennsylvania corporation, | |
| Defendant. | |

BASED UPON the Stipulation of Dismissal of the parties,

IT IS HEREBY ORDERED AND ADJUDGED that the above cause is hereby dismissed with prejudice and without costs or fees to any party.

DATED this 21st day of Aug, 2001.

_____
Garr M. King
United States District Court Judge

Form Presented by:

DAVID W. AXELROD, OSB 75023
SCHWBE, WILLIAMSON & WYATT, P.C.

Page 1 -   JUDGMENT OF DISMISSAL WITH PREJUDICE